**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **09–17924**

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/4/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### *** See Reverse Side For Important Explanations and Possible Dismissal ***

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas Aaron Plank
12039 Itnyre Road
Smithsburg, MD 21783

| Case Number: | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: |
|---|---|
| 09–17924   WIL | xxx–xx–4466 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| **PRO SE** | Cheryl E. Rose<br>12154 Darnestown Road<br>Box 623<br>Gaithersburg, MD 20878<br>Telephone number:  301–527–7789 |

## Meeting of Creditors

Date: **June 26, 2009**          Time: **10:30 AM**
Location: **6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/25/09**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br>Telephone number:  (301) 344–8018 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 4:00 PM | Date:  5/5/09 |

# EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Possible Dismissal** | Debtor's failure to comply with the filing requirements of the Bankruptcy Code § 521(a)(1) within 45 days of the filing of the petition will result in the automatic dismissal of this case pursuant to § 521(i)(1). |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

# CERTIFICATE OF NOTICE

```
District/off: 0416-0           User: laspivey              Page 1 of 2                   Date Rcvd: May 05, 2009
Case: 09-17924                 Form ID: B9A                Total Served: 32

The following entities were served by first class mail on May 07, 2009.
db           +Thomas Aaron Plank,    12039 Itnyre Road,    Smithsburg, MD 21783-1537
tr           +Cheryl E. Rose,    12154 Darnestown Road,    Box 623,    Gaithersburg, MD 20878-2206
25191560     +American General Finance,    1423 Dual Hwy,    Hagerstown MD 21740-6515
25191562     +Bank Of America,    Po Box 15726,    Wilmington DE 19886-5726
25191563     +Bank Of America,    Po Box 15102,    Wilmington DE 19850-5102
25191565     +Bill Me Later,    Po Box 105658,    Atlanta GA 30348-5658
25191566     +Capital One Bank,    Po Box 71083,    Charlotte NC 28272-1083
25191568     +Circuit Court Of,    Washington Co,    Po Box 229,    24 Summit Ave,    Hagerstown MD 21740-4896
25191569     +Citgo,    Po Box 6497,    Sioux Falls SD 57117-6497
25191570     +Citi Financial,    Po Box 70918,    Charlotte NC 28272-0918
25191571     +Citibank Amex,    Po Box 44167,    Jacksonville FL 32231-4167
25191572     +Citibank Na,    Po Box 209619,    Brooklyn NY 11220-9619
25191573     +Citimortgage Inc,    Po Box 9438,    Gaithersburg MD 20898-9438
25191574     +Clare Marie Gomez-kling,    246 East Madison Street,    Greencastle PA 17225-1024
25191550     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
               Baltimore, MD 21201-2305
25191577     +Franklin Security Bank,    24 South River Str,    Po Box 170,    Wilkes Barre PA 18703-0170
25191578     +Gap Visa Card,    Po Box 960017,    Orlando FL 32896-0017
25191552     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2201
25191551     +Tax. Auth. of Wash. County, MD,    Treasurers Office,    35 West Washington Street, Room 102,
               Hagerstown, MD 21740-4844
25191581      The Home Depot,    Po Box 689100,    Des Moines IA 50368-9100
25191582     +The Home Depot Mastercard,    Po Box 6497,    Sioux Falls SD 57117-6497
25191584    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank visa,    PO BOX 790408,    St Louis MO 63179)
25191583     +United Recovery Systems,    Po Box 722910,    Houston TX 77272-2910
25191586     +Wells Fargo Bank Na,    PO Box 14411,    Des Moines IA 50306-3411

The following entities were served by electronic transmission on May 05, 2009.
tr           +EDI: QCEROSE.COM May 05 2009 17:23:00      Cheryl E. Rose,    12154 Darnestown Road,    Box 623,
               Gaithersburg, MD 20878-2206
25191561      EDI: HNDA.COM May 05 2009 17:23:00      American Honda Finance,    Po Box 105027,
               Atlanta GA 30348
25191564      E-mail/PDF: bankruptcy@bbandt.com May 05 2009 21:25:04      Bb&t,    Po Box 200,    Wilson NC 27894
25191563     +EDI: BANKAMER2.COM May 05 2009 17:18:00      Bank Of America,    Po Box 15102,
               Wilmington DE 19850-5102
25191562     +EDI: BANKAMER2.COM May 05 2009 17:18:00      Bank Of America,    Po Box 15726,
               Wilmington DE 19886-5726
25191567     +EDI: CHASE.COM May 05 2009 17:23:00      Chase Visa,    Po Box 15153,    Wilmington DE 19886-5153
25191575     +EDI: RCSFNBMARIN.COM May 05 2009 17:18:00      Credit One Bank,    Po Box 98872,
               Las Vegas NV 89193-8872
25191576     +EDI: AMINFOFP.COM May 05 2009 17:18:00      First Premier Bank,    Po Box 5519,
               Sioux Falls SD 57117-5519
25191579     +EDI: HFC.COM May 05 2009 17:18:00      Hsbc,    Po Box 17051,    Baltimore MD 21297-1051
25191580     +E-mail/Text: ext_ebn_inbox@navyfederal.org                            Navy Federal,    Po Box 3502,
               Merrifield VA 22119-3502
25191584      EDI: USBANKARS.COM May 05 2009 17:23:00      Us Bank visa,    PO BOX 790408,    St Louis MO 63179
25191585     +EDI: CHASE.COM May 05 2009 17:23:00      Washington Mutual Visa,    PO BOX 660487,
               Dallas TX 75266-0487
25191586     +EDI: WFFC.COM May 05 2009 17:18:00      Wells Fargo Bank Na,    PO Box 14411,
               Des Moines IA 50306-3411
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0416-0          User: laspivey           Page 2 of 2           Date Rcvd: May 05, 2009
Case: 09-17924                Form ID: B9A             Total Served: 32

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2009**                    **Signature:**    _Joseph Speetjens_